IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SUSAN WILEY and husband, <br> JAMES WILEY, <br><br> Plaintiffs, <br><br> VS. <br><br> WAL-MART STORES EAST, LP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. 2:16-cv-00290 <br> ) JURY DEMAND REQUESTED <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTOIN FOR RELEASE OF JURY LIST

COME the Plaintiffs, SUSAN WILEY and husband, JAMES WILEY, through counsel, and move this Honorable Court for the entry of an Order directing the Clerk to release to the undersigned attorney the jury list and information for the March 6, 2018, trial in this case in order to enable proper preparation for voir dire. Plaintiffs agree to keep the jury information confidential.
.

                                           Respectfully submitted,

                                           /s/ P. Richard Talley
                                           P. Richard Talley, BPR No. 9660
                                           PO Box 950
                                           Dandridge, TN 37725
                                           (865) 397-9878 – Telephone
                                           (865) 397-0934 - Facsimile
                                           *Attorney for Plaintiffs*
                                           yhtalley@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ P. Richard Talley_____