# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Susan Wiley, ET AL <br> *Plaintiff* <br> v. <br> Wal-Mart Stores, Inc., ET AL <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:16-CV-290 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Wal-Mart Stores, Inc recover costs from the plaintiff *(name)* Susan Wiley, ET AL.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Clifton L. Corker presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 1/31/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*